UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MATTHEW HARP, JR.,

    Petitioner,

v.                                      CASE NO. 6:08-cv-555-Orl-19KRS
                                        (6:06-cr-125-Orl-19KRS)

UNITED STATES OF AMERICA,

    Respondent.
_____/

## **ORDER**

This case is before the Court on the following motions:

1.    Petitioner's Motion to Withdraw Notice of Appeal (Doc. No. 21, filed March 30, 2009) is **GRANTED**. The Notice of Appeal (Doc. No. 19, filed March 17, 2009) shall be deemed withdrawn.

2.    Petitioner's Motion for Leave to File Appeal (Doc. No. 20, filed March 18, 2009) is **DENIED** as moot in light of paragraph one above.

**DONE AND ORDERED** in Chambers at Orlando, Florida this __31st__ day of March, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 3/31
Counsel of Record